IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SIDNEY ALLISON MALONE, III, #219954, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 2:20-cv-71-ALB |
| SERGEANT LAKEITH B. THOMPKINS, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

On March 25, 2020, the Magistrate Judge filed a Recommendation (Doc. 3) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. 3) is ADOPTED;

2. This case is DISMISSED without prejudice.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this 10th day of June 2020.

_____/s/ Andrew L. Brasher_____
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE